Form 1, P1 (11-92)

Julius Blumberg, Inc. NYC 10013

**FORM 1 VOLUNTARY PETITION**

| United States Bankruptcy Court | **VOLUNTARY PETITION** |
|---|---|
| District of | |

| IN RE (Name of debtor-if individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| Pedro PEREZ | |

| ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden and trade names) |
|---|---|
| none | |

| SOC. SEC./TAX I.D. NO. (if more than one, state all) | SOC. SEC./TAX I.D. NO.(if more than one, state all) |
|---|---|
| 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 | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
|---|---|
| 35 Lexington Street Newark, NJ 07105 | |

| | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|---|---|

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |
|---|---|

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**TYPE OF DEBTOR**
- ☒ Individual
- ☐ Joint (H&W)
- ☐ Partnership
- ☐ Other _____
- ☐ Corporation Publicly Held
- ☐ Corporation Not Publicly Held
- ☐ Municipality

**NATURE OF DEBT**
- ☐ Non-Business Consumer
- ☐ Business - Complete A&B below

**A. TYPE OF BUSINESS (check one box)**
- ☐ Farming
- ☐ Professional
- ☐ Retail/Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/Mining
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Construction
- ☐ Real Estate
- ☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ § 304-Case Ancillary to Foreign Proceeding

**FILING FEE (Check one box)**
- ☐ Filing fee attached.
- ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Offical Form No..3

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**

Tunney and Little L.L.C.
300 Kimball Street ste 106
Woodbridge, NJ 07095

Telephone No. 732-636-4901

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**

Anna C. Little, Esq.

☐ Debtor is not represented by an attorney. Telephone no. of debtor not represented by an attorney: (   )

**STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)**
(Estimates only) (Check applicable boxes)

- ☐ Debtor estimates that funds will be available for distributi
- ☒ Debtor estimates that after any exempt property is exclud expenses paid, there will be no funds available for distri

**ESTIMATED NUMBER OF CREDITORS**
- ☒ 1-15  ☐ 16-49  ☐ 50-99  ☐ 100-19

**ESTIMATED ASSETS (in thousands of dollars)**
- ☐ Under 50 ☐ 50-99 ☐ 100-499 ☐ 500-999 ☐ 1000-999

**ESTIMATED LIABILITIES (in thousands of dollars)**
- ☐ Under 50 ☐ 50-99 ☐ 100-499 ☐ 500-999 ☐ 1000-999

**ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONL**
- ☐ 0  ☐ 1-19  ☐ 20-99

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH**
- ☐ 0  ☐ 1-19  ☐ 20-99

___ No matrix

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

RECEIPT

Case # 02-37695 NNLW    Chapter 7
Filed: 8:30 AM, 07/12/02    Newark

Judge: Novalyn L. Winfield
Trustee: Eric Perkins
Debtor(s):
Pedro Perez

# 000256283 - CD
10:02 AM, July 15, 2002

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $30.00 |
| 07 | 1 | $170.00 |

**First Meeting of Creditors**
11:00 AM, August 09, 2002
One Newark Center
One Newark Center
Suite 1401, Office of the US Trustee
Newark, NJ 07102-5504

**TOTAL PAID:** $200.00

From: Anna C Little
300 Kimball Street
Suite 106
Woodbridge, NJ 07095

/.  2

Form 1, P2 (6-90)

Name of Debtor __Pedro PEREZ_____   Case No. _____

(Court use only)

## FILING OF PLAN

For Chapter 9, 11,12 and13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____   ☐ Debtor intends to file a plan within the time allowed by statute, rule, or
is attached.                                                      order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
|  |  |  |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
|  |  |  |
| Relationship | District | Judge |
|  |  |  |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _____   Date _____
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _____ <br> Signature of Debtor <br> Date | X _____ <br> Signature of Authorized Individual |
|  | Print or Type Name of Authorized Individual |
| X _____ <br> Signature of Joint Debtor <br> Date | Title of Individual Authorized by Debtor to File this Petition <br> Date |

### EXHIBIT "A" ( To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____   Date _____
Signature of Debtor

X _____   Date _____
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   Date _____
Signature of Attorney

Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**　　　　　　**DISTRICT OF** New Jersey

In re:　Pedro PEREZ　　　　　　　Debtor(s)　　　Case No.　　　　　(If Known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | N | 1 | 00.00 | | |
| B - Personal Property | Y | 2 | 4683.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | N | 1 | | 00.00 | |
| E - Creditors Holding Unsecured Priority Claims | N | 1 | | 00.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 1 | | 22894.89 | |
| G - Executory Contracts and Unexpired Leases | N | 1 | | | |
| H - Codebtors | N | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 11 | | | 2100.24 net |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | 1704.00 |
| Total Number of Sheets of All Schedules | | 21 | | | |
| Total Assets | | | 4683.00 | | |
| Total Liabilities | | | | 22894.89 | |

3072 - 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 A/B, P1(6-90)   Julius Blumberg, Inc., NYC 10013

In re: Pedro PEREZ                        Debtor(s)        Case No.        (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| none | | | | |
| | | Total -> | $ | (Report also on Summary of Schedules.) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Independance Bank Acnt # 560-256-230 | | 700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Living room set, children's bed room dining room set | | 2500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | assorted casual and business clothes | | 800.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

3072 · 1991 JULIUS BLUMBERG, INC., NYC 10013


In re:  Pedro PEREZ

Debtor(s)        Case No.                    (if known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | 2001 tax refund | | $683.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total -> $ 4683.00

_____ continuation sheets attached

3072 · 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:  Pedro PEREZ                                    Debtor(s)          Case No.                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐  11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
☐  11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Independance Bank Acnt # 560-256-230 | 11 U.S.C. §522(b)(1) | | 700.00 |
| Living room set, children's bed room dining room set | 11 U.S.C. §522(b)(1) | | 2500.00 |
| assorted casual and business clothes | 11 U.S.C. §522(b)(1) | | 800.00 |
| 2001 tax refund | 11 U.S.C. §522(b)(1) | | $683.00 |

3072 4 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:    Pedro PEREZ                                    Debtor(s)        Case No.                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D * | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |

_____  continuation sheets attached

Subtotal -> (Total of this page)    $

Total -> (use only on last page)    $

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013



Form B6 E (6/22)    Julius Blumberg Inc NYC 10013

In re:   Pedero PEREZ

| | Debtor(s) | Case No. | (if known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (8).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD* | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |

_____ Continuation sheets attached.

| | Subtotal -> (Total of this page) | $ |
|---|---|---|
| | Total - > (use only on last page of the completed Schedule E) | $ |

* If contingent, enter C; if unliquidated., enter U; if disputer, enter D.

(Report total also on Summary of Schedules)

3072-E

3072© 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:  Pedro PEREZ                                        Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D * | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 5031124836 Bayshore Community Hospital c/o Schachter Portnoy, L.L.C. 3490 route 1 suite 6 Prinston, NJ 08540 | | | | | 1237.00 |
| A/C # 5329 0234 3300 3204 MBNA America P.O.Box 15137 Wilmington, DE 19886-5137 | | | | | 4568.20 |
| A/C # 3737 071359 73005 THe American Express Centurion Bank, Suite 0002 Chicago, IL 60679-0002 | | | | | 7421.74 |
| A/C # 5491 1300 2605 3025 AT&T P.O.Box 8217 S. Hackensack, NJ 07606-8217 | | | | | 4238.95 |
| A/C # 22-3461962 Nasser Ani, MD One Bethany Road suite 21 Hazlet, NJ 07730 | | | | | 625.00 |
| A/C # BSH 221831 University Radiology c/o Michel Harrison 3155 Route 10 East- suite 112 Denville, NJ 07834 | | | | | 449.00 |
| A/C # 00622 Richard L. Scotti, D.D.S. 2305 Wood Ave. Roselle, NJ 07203 | | | | | 454.00 |
| A/C # 221831 University radiology Group P.O.Box 1075 East Brunswick, NJ 08816-1075 | | | | | 351.00 |
| A/C # 170411-1 Orthofix Inc. 250  East Arapaho Road Richardson, Texas 75081 | | | | | 3550.00 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors
Holding Nonpriority Claims.

Subtotal ->
(Total of this page)
$ 22894.89

Total ->
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)
$ 22894.89

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

3072 ® 1991 JULIUS BLUMBERG, INC., NYC 10013



Form 6G (6-90)    © 1991 Julius Blumberg, Inc. NYC 10013

In re:  Pedro PEREZ                              Debtor(s)        Case No.                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |



Form B6-H   (6-90)   Julius Blumberg, Inc. NYC 10013

In re:   Pedro PEREZ                                    Debtor(s)         Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6I (6-90)    Julius Blumberg, Inc. NYC 10013

In re:   Pedro PEREZ                                   Debtor(s)        Case No.                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| married | Eliana PEREZ | 43 | wife |
| | Julianna PEREZ | 10 | daughter |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | assistant supervisor | |
| Name of Employer | Walden Lang Inpac Services | |
| How long employed | 3 years 5 months | |
| Address of Employer | 468 Totowa Ave. Paterson, NJ 07522 | |

Income: (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 2732.28 | $ | |
| Estimate monthly overtime | | 00.00 | | |
| SUBTOTAL | $ | | $ | |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | | 462.04 | | |
| b. Insurance | | 170.00 | | |
| c. Union dues | | | | |
| d. Other (Specify) | | | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 632.04 | $ | |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2100.24 | $ | |

Regular income from operation of business or profession or farm
(attach detailed statement)
Income from real property
Interest and dividends
Alimony, maintenance or support payments payable to the debtor for the debtor's
   use or that of dependents listed above.
Social security or other government assistance (Specify)

Pension or retirement income
Other monthly income (Specify)

| TOTAL MONTHLY INCOME | $ | 2100.24 | $ | |
|---|---|---|---|---|

| TOTAL COMBINED MONTHLY INCOME | $ | | (Report also on Summary of Schedules) |
|---|---|---|---|

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

In re: Pedro PEREZ            Debtor(s)     Case No.        (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment (include lot rented for mobile home)                $

Are real estate taxes included? ☐ Yes ☐ No     Is property insurance included? ☐ Yes ☐ No

Utilities   Electricity and heating fuel

         Water and sewer

         Telephone                130.00

         Other

Home maintenance (repairs and upkeep)

Food ............................................................................................................ 400.00

Clothing ...................................................................................................... 200.00

Laundry and dry cleaning ........................................................................ 100.00

Medical and dental expenses ................................................................. 200.00

Transportation (not including car payments) ...................................... 100.00

Recreation, clubs and entertainment, newspapers, magazines, etc. ... 100.00

Charitable contributions .......................................................................... 00.00

Insurance (not deducted from wages or included in home mortgage payments)

         Homeowner's or renter's ..................................................................... 00.00

         Life .......................................................................................................... 00.00

         Health ..................................................................................................... 170.00

         Auto ........................................................................................................ 166.00

         Other      storage ......................................................................... 138.00

Taxes (not deducted from wages or included in home mortgage payments)

(Specify)

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)

         Auto

         Other

Alimony, maintenance, and support paid to others

Payments for support of additional dependents not living at your home

Regular expenses from operation of business, profession, or farm (attach detailed statement)

Other

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) ................................... $   1704.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income ......................................................... $   2100.24

B. Total projected monthly expenses ....................................................    1704.00

C. Excess income (A minus B) ................................................................ $   396.24

D. Total amount to be paid into plan each ............................................ $

         (interval)

3072 • 1991 JULIUS BLUMBERG, INC., NYC 10013

# Form 1040

**U.S. Individual Income Tax Return** **2001**

OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2001, or other tax year beginning , 2001, ending 20

Your first name and initial: **PEDRO**  Last name: **PEREZ**
Your social security number: **146 46 3176**

If a joint return, spouse's first name and initial: **HELIANA C**  Last name: **PEREZ**
Spouse's social security number: **147 84 3586**

Home address (number and street). If you have a P.O. box, see page 19.: **35 LEXINGTON STREET**  Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: **NEWARK, NJ  07105**

▲ **Important!** You must enter your SSN(s) above. ▲

**Presidential Election Campaign**

Note. Checking "Yes" will not change your tax or reduce your refund.

...e if filing a joint return, want $3 to go to this fund?........ ► You [ ] Yes [ ] No  Spouse [ ] Yes [ ] No

---

Wages, tips, other comp. 36534.26 | 2 Federal income tax withheld 3120.31
Social security wages 36534.26 | 4 Social security tax withheld 2265.12
Medicare wages and tips 36534.26 | 6 Medicare tax withheld 529.75
Control Number 0182  G6M | Dept. | Corp. | Employer use only 84

Employer's name, address, and ZIP code
WALDEN LANG INC
0 DEY STREET
ERSEY CITY, NJ 07306

Employer's FED ID number 73-1945370 | d Employee's SSA number 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
Social security tips | 8 Allocated tips
Advance EIC payment | 10 Dependent care benefits
Nonqualified plans | 12a
Other | 12b
93.93  UI/HC/WF | 12c
110.50  DI | 12d
13 Stat emp., Ret. plan, 3rd party sick pay

Employee's name, address and ZIP code
EDRO PEREZ
0 MOTT STREET
ND FLOOR
EWARK, NJ 07105

State | Employer's state ID no. NJ  131-945-370/000 | 16 State wages, tips, etc. 36534.26
State income tax 564.30 | 18 Local wages, tips, etc.
Local income tax | 20 Locality name

**City or Local Filing Copy**
**W-2** Wage and Tax Statement **2001**  OMB No. 1545-0008
...y 2 to be filed with employee's City or Local Income Tax Return.

---

...tum. Enter spouse's social security no. above and full name here. ►

...qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's

...n dependent child (year spouse died ► ). (See page 19.)

...r someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a .........

No. of boxes checked on 6a and 6b: **2**

| Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| ...EZ | 138 92 0777 | CHILD | X |
| | : : | | |
| | : : | | |
| | : : | | |
| | : : | | |

No. of your children on 6c who:
● lived with you **1**
● did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers entered on lines above ► **3**

...claimed

| | | |
|---|---|---|
| ...tach Form(s) W-2 ......................................... | 7 | 36,534. |
| ...edule B if required ................... 8a | 8b | |
| ...include on line 8a ................... | | |
| ...chedule B if required ......................................... | 9 | |
| ...offsets of state and local income taxes ......................... | 10 | |
| ................................................................ | | |
| ...Attach Schedule C or C-EZ ..................................... | 12 | |
| ...n Schedule D if required. If not required, check here ......... ► [ ] | 13 | |
| ...ch Form 4797 ................................................. | 14 | |
| ...... 15a | b Taxable amount (see page 23) | 15b |
| s ...... 16a | b Taxable amount (see page 23) | 16b |
| ...partnerships, S corporations, trusts, etc. Attach Schedule E ........ | 17 | |
| ...ch Schedule F ................................................. | 18 | |
| ...on ........................................................... | 19 | |
| ...... 20a | b Taxable amount (see page 25) | 20b |

21 Other income. List type and amount (see page 27) _____ | 21 | |

22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 36,534. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) ..................... | 23 | |
| 24 | Student loan interest deduction (see page 28)...... | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 ......... | 25 | |
| 26 | Moving expenses. Attach Form 3903 .............. | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ... | 27 | |
| 28 | Self-employed health insurance deduction (see page 30) ... | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans ... | 29 | |
| 30 | Penalty on early withdrawal of savings ........... | 30 | |
| 31a | Alimony paid  b Recipient's SSN ►  : : | 31a | |
| 32 | Add lines 23 through 31a ......................... | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ► | 33 | 36,534. |

110001  11-27-01

**LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.**

Form **1040** (2001)

# Form 1040

**U.S. Individual Income Tax Return** **2001** (99)    IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2001, or other tax year beginning , 2001, ending 20

OMB No. 1545-0074

**Label**
(See instructions on page 19.)
Use the IRS label.
Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial | Last name |
| PEDRO | PEREZ |
| If a joint return, spouse's first name and initial | Last name |
| HELIANA C | PEREZ |

Your social security number
146 46 3176

Spouse's social security number
147 84 3586

Home address (number and street). If you have a P.O. box, see page 19.    Apt. no.
35 LEXINGTON STREET

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.
NEWARK, NJ 07105

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.) ▶ Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ........ ▶

You ☐ Yes ☐ No    Spouse ☐ Yes ☐ No

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a .........
b ☒ Spouse

No. of boxes checked on 6a and 6b **2**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| JULIANNA C PEREZ | 138 92 0777 | CHILD | X |
| | : : | | |
| | : : | | |
| | : : | | |
| | : : | | |

If more than six dependents, see page 20.

No. of your children on 6c who:
● lived with you **1**
● did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ **3**

d Total number of exemptions claimed .................

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 36,534. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions     15a           b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities     16a           b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ........... 20a           b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 27) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 36,534. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 28) | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 30) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ▶ | 33 | 36,534. |

110001
11-27-01

Form **1040** (2001)

03010330  804685  0O O2235    2001.05000 PEREZ, PEDRO    00022351

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 36,534. |
| Standard Deduction for - | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. | | |
| ● People who checked any box on line 35a or 35b or who can be claimed as a dependent | | Add the number of boxes checked above and enter the total here ▶ 35a | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien ▶ 35b ☐ | | |
| | 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 7,600. |
| | 37 | Subtract line 36 from line 34 | 37 | 28,934. |
| ● All others: Single, $4,550 | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | 8,700. |
| Head of household, $6,650 | 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 20,234. |
| Married filing jointly or Qualifying widow(er), $7,600 | 40 | Tax. Check if tax from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | 3,034. |
| | 41 | Alternative minimum tax. Attach Form 6251 | 41 | |
| Married filing separately, $3,800 | 42 | Add lines 40 and 41 ▶ | 42 | 3,034. |
| | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | | |
| | 46 | Education credits. Attach Form 8863 | 46 | | |
| | 47 | Rate reduction credit. See the worksheet on page 36 | 47 | | |
| | 48 | Child tax credit (see page 37) | 48 | 600. | |
| | 49 | Adoption credit. Attach Form 8839 | 49 | | |
| | 50 | Other credits from: a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 50 | | |
| | 51 | Add lines 43 through 50. These are your total credits | 51 | 600. |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | 2,434. |
| **Other Taxes** | 53 | Self-employment tax. Attach Schedule SE | 53 | |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach 5329 if required | 55 | |
| | 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| | 57 | Household employment taxes. Attach Schedule H | 57 | |
| | 58 | Add lines 52 through 57. This is your total tax ▶ | 58 | 2,434. |
| **Payments** | 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | 3,120. | |
| | 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | | |
| If you have a qualifying child, attach Schedule EIC. | 61a | Earned income credit (EIC) | 61a | | |
| | b | Nontaxable earned income | 61b | | |
| | 62 | Excess social security and RRTA tax withheld (see page 51) | 62 | | |
| | 63 | Additional child tax credit. Attach Form 8812 | 63 | | |
| | 64 | Amount paid with request for extension to file (see page 51) | 64 | | |
| | 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 65 | | |
| | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments ▶ | 66 | 3,120. |
| **Refund** | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | 67 | 686. |
| Direct deposit? See page 19 and fill in 68b, 68c, and 68d. ▶ | 68a | Amount of line 67 you want refunded to you ▶ | 68a | 686. |
| | b | Routing number | ▶ c Type: ☐ Checking ☐ Savings ▶ d Account number | | |
| | 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ | 69 | | |
| **Amount You Owe** | 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | |
| | 71 | Estimated tax penalty. Also include on line 70 | 71 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 53)? ☐ Yes. Complete the following. ☐ No

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 19. Keep a copy for your records.

Your signature   Date   Your occupation   SAMPLE MAKER   Daytime phone number

X

Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation   H/W

**Paid Preparer's Use Only**

Preparer's signature ▶ *Luis Santos*   Date 03/30/02   Check if self-employed ☐   Preparer's SSN or PTIN P00123709

Firm's name (or yours if self-employed), address, and ZIP code   MANUEL A RODRIGUEZ INCOME TAX SERVICE   EIN 22 2185327

169 18TH STREET   Phone no.

UNION CITY, NJ 07087

110002
11-27-01

3010330   804685   0 0 0 2 2 3 5     2001.05000 PEREZ, PEDRO     00022351

FORM 1040                    WAGES RECEIVED AND TAXES WITHHELD                    STATEMENT    1

| EMPLOYER'S NAME | AMOUNT PAID | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | CITY SDI TAX W/H | FICA TAX | MEDICARE TAX |
|---|---|---|---|---|---|---|
| WALDEN LANG INC | 36,534. | 3,120. | 564. | 204. | 2,265. | 530. |
| TOTALS | 36,534. | 3,120. | 564. | 204. | 2,265. | 530. |

ZKK

40 0002
IN-PAK SERVICES, INC.
468 TOTOWA AVE.
PATERSON, NJ 07522

ZKK

## Earnings Statement

Pay Period:   6/01/2002   to   6/07/2002
Pay Date:     6/07/2002
Check #:      20323549

**PEDRO PEREZ**
**35 LEXINGTON STREET**
**NEWARK, NJ 07105**

Employee Number:          0002
Department Number:        40
Social Security Number:   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
Marital Status:           MARRIED
Number Of Allowances:     03
Rate:

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| SALARY | | 683.07 | 6694.09 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 52.26 | 512.10 |
| FED WT | 46.35 | 443.01 |
| NJ ST | 10.58 | 103.07 |
| NJ UC | 6.32 | 61.93 |
| HOSP. | | 382.60 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $6,694.09 | $683.07 | $115.51 | $567.56 |

©2001 Automatic Data Processing, Inc.

▲ TEAR HERE

EASY PAY

ZKK    ZKK

40 0002
IN-PAK SERVICES, INC.
468 TOTOWA AVE.
PATERSON, NJ 07522

# Earnings Statement

Pay Period:    5/25/2002    to    5/31/2002
Pay Date:    5/31/2002
Check #:    20319548

Employee Number:    0002
Department Number:    40
Social Security Number:    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
Marital Status:    MARRIED
Number Of Allowances:    03
Rate:

**PEDRO PEREZ**
**35 LEXINGTON STREET**
**NEWARK, NJ 07105**

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| SALARY | | 683.07 | 6011.02 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 52.25 | 459.84 |
| FED WT | 46.35 | 396.66 |
| NJ ST | 10.58 | 92.49 |
| NJ UC | 6.32 | 55.61 |
| HOSP | 42.50 | 382.50 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $6,011.02 | $683.07 | $158.00 | $525.07 |

©2001 Automatic Data Processing, Inc.

◄ TEAR HERE

Fold
Here

ADP
EASY PAY

© 2001 Automatic Data Processing, Inc.

◀ TEAR HERE ▶

**ADP EASYPAY**

ZKK

**Earnings Statement**

Pay Period:    4/27/2002   to   5/03/2002
Pay Date:      5/03/2002
Check #:       20302491

**PEDRO PEREZ**
**35 LEXINGTON STREET**
**NEWARK, NJ 07105**

| Taxes and Deductions | | |
| --- | --- | --- |
| Description | This Period | Year-To-Date |
| FICA | 52.26 | 907.93 |
| FED WT | 46.35 | 770.28 |
| NJ ST | 10.58 | 181.92 |
| NJ UC | 6.32 | 109.80 |
| HOSP. | 42.50 | 512.14 |

| Total Deductions This Period | Net Pay This Period |
| --- | --- |
| $158.01 | $525.06 |

ZKK

0002
IN-PAK SERVICES, INC.
468 TOTOWA AVE.
PATERSON, NJ 07522

Employee Number:       0002
Department Number:
Social Security Number: 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
Marital Status:        MARRIED
Number Of Allowances:  03
Rate:

| Hours and Earnings | | | |
| --- | --- | --- | --- |
| Description | Hours | This Period | Year-To-Date |
| SALARY | | 683.07 | 3278.74 |
| BAL FW | | | 8589.59 |

| Gross Pay Year To Date | Gross Pay This Period |
| --- | --- |
| $11,868.33 | $683.07 |

Form B6-Cont. - (6-90)    Julius Blumberg, Inc.

In re:   PEdro PEREZ                                    Debtor(s)    Case No.

                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____21_____ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1.)

Date _____                  Signature: _____
                                                          Debtor

Date _____                  Signature: _____
                                                          (Joint Debtor, if any)
                                                          (If joint case, both spouses must sign.)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ _____ (the president or other officer or an authorized agent of the corporation or a member or an
authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case,
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1.)

Date _____                  Signature: _____

                                                          (Pint or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

UNITED STATES BANKRUPTCY COURT     DISTRICT OF **New Jersey**

In re: **Pedro Perez**     Debtor(s)     *Case No.*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a *separate sheet properly identified with the case name, case number (if known), and the number of the question.*

**DEFINITIONS**

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None   **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

     2100.24 monthly net

☒ None   **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

**3. Payments to Creditors**

☒ None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

☒ None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION and STATUS OR DISPOSITION.

☒ None   b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year**

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSES-SION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None   **8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUM-STANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None   **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

$750.00 to Anna C. Little, Esq.

☒ None   **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

☒ None   **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☒ None   **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒ None   **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒ None   **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.
Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☒ None   **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.
Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

**Unsworn Declaration under Penalty of Perjury.**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____   Signature of Debtor _____

Date _____   Signature of Joint Debtor (if any) _____

_____ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

3076 3A ©1991 Julius BLumberg, Inc.

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**  New Jersey

In re  Pedro PEREZ                    Debtor(s)        Case No.                    (If Known)

## CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the *debtor — debtor's employer* shall pay to the trustee the sum of $ _____  *weekly — bi-weekly  ·  semi-monthly — monthly*   for a period of _____

2. From the payments so received, the trustee shall make disbursements as follows:
    (*a*) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

    (*b*) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (*c*) *Subsequent to — pro rata with* dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

3. The following executory contracts of the debtor are rejected:

    Title to the debtor's property shall revest in the debtor *on confirmation of a plan — upon dismissal of the case after confirmation pursuant to 11 U.S.C. §350.*

Dated: _____                    _____          _____
                                              *Debtor*                            *Debtor*

Acceptances may be mailed to ............................................................          ....................................................
                                                                        *Post Office Address*

© 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B8    Julius Blumberg, Inc. NYC 10013

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF** New Jersey

In re: Pedro PEREZ                    Debtor(s)    Case No.
                                                   Chapter

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

   *a. Property to Be Surrendered.*

| Description of property | Creditor's name | H, W or J |
|---|---|---|
| | | |

   *b. Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)*

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|
| Independance Bank Acnt# 560-256-230 | | Exempt |
| Living room set, children's bed room set dining room set | | Exempt |
| assorted casual and business clothes | | exempt |
| 2001 tax refund | | Exempt |

3. I understand that § 521 (2) (B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:

* Reaff'd - Debt will be reaffirmed pursuant to § 524(c)

   Red'd - Property is claimed as exempt and will be redeemed pursuant to § 722

   Exempt - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

................................................
Signature of Debtor

................................................
Signature of Debtor

3073 ← 1991 JULIUS BLUMBERG, INC., NYC 10013

**UNITED STATES BANKRUPTCY COURT**                     **DISTRICT OF**   New Jersey

In re    Pedro PEREZ                              Debtor(s)          Case No.              (If Known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.
(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection
      with this case                                                                      $   750.00
   (b) prior to filing this statement, debtor(s) have paid                               $   500.00
   (c) the unpaid balance due and payable is                                            $   250.00
(3) $   200.00    of the filing fee in this case has been paid.
(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
      petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

non other

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
performed, and

non other

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
earnings, wages and compensation for services performed, and

non other

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

nothing

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
any compensation paid or to be paid except as follows:

n/a

Dated:                              Respectfully submitted,                                        _Attorney for Petitioner_

_Attorney's name and address_

© 1991 JULIUS BLUMBERG, INC., NYC 10013

BK 122
(8/84)

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

If you intend to file a petition for relief under the bankruptcy laws of the United States, and your debts are primarily consumer debts, the Clerk of Court is required to notify you of each chapter of the Bankruptcy Code under which you may seek relief. You may proceed under:

**Chapter   7**—Liquidation, or
**Chapter 11**—Reorganization, or
**Chapter 13**—Adjustment of Debts of an Individual
        with Regular Income

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

**Clerk of Court**

## ACKNOWLEDGMENT

I hereby certify that I have read this notice.

DATED: _____

_____ ,
Debtor

_____ ,
Joint Debtor, if any

**INSTRUCTIONS:** *If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.*

**3092**  Clerk's notice. 10-84