PEREZ NJ0463

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| IN RE:<br>PEDRO PEREZ | : CHAPTER: 7<br>:<br>:<br>: BANKRUPTCY NO: 02-37695-NLW |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:
To the Trustee:

*FILED, CLERK, SEP 3 0 2002, U.S. BANKRUPTCY COURT, NEWARK N.J., DEPUTY*

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditors listed in the lower right-hand corner receive all notices required to be mailed under Bankruptcy Rule 2002 at the address contained herein.

2. The address to which all such notices should be sent appears in the lower right-hand corner of this document and is the address for the attorney/agent for the creditor.

3. The address below should be substituted for that of the creditor named below.

4. A copy of the request is being mailed this date, by first class mail, postage prepaid, to the person(s), if any, whose names and addresses appear in the lower left-hand corner.

American Express Centurion Bank
c/o BECKET & LEE LLP
P.O. BOX 3001 Dept. V
Malvern, PA  19355-0701
Becket and Lee LLP, Attorneys/Agent

By: _____  BKH
Raymond E. Kenny, Esquire 3380
Wendell H. Livingston, Esquire 9773
Barbara K. Hamilton, Esquire 4719
(610) 644-7800

Date:  July 30, 2002

American Express Centurion Bank
CREDITOR

Pet: 07/12/02